No. 97–6940. BURNS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6954. JOHNSON v. KALOKATHIS. Sup. Ct. Wyo. Certiorari denied.

No. 97–6955. IVY v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–6964. LOWE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 97–6965. JAMERSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–6972. GOCHICOA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6979. WEATHERSPOON v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–6980. YOUNG v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 97–6983. EDWARDS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 97–6991. CARSON v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–6994. BURGESS v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6995. BAAH v. BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY. C. A. 9th Cir. Certiorari denied.

No. 97–6997. ROCHON v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.